**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  SCOTT A. ROACH                                    Case Number: 06-71697
23 GILBERT TERRACE
MACHESNEY PARK, IL  61115                SSN-xxx-xx-6085

Case filed on: 9/19/2006
Plan Confirmed on: 2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,048.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 1,214.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,214.38 | 0.00 |
| 999 | SCOTT A. ROACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMEQ SERVICING | 68,674.53 | 0.00 | 0.00 | 0.00 |
| 002 | HOMEQ SERVICING | 8,210.48 | 0.00 | 0.00 | 0.00 |
| 003 | NATIONWIDE CASSEL LIMITED PARTNERSHIP | 2,855.58 | 2,855.58 | 1,404.90 | 242.12 |
|  | Total Secured | 79,740.59 | 2,855.58 | 1,404.90 | 242.12 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,486.24 | 1,486.24 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 216.07 | 216.07 | 0.00 | 0.00 |
| 007 | FIRST NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MIDLAND CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 444.29 | 444.29 | 0.00 | 0.00 |
| 012 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 2,101.05 | 2,101.05 | 0.00 | 0.00 |
| 015 | CHRISTINA ROACH | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 4,313.11 | 4,313.11 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 2,702.47 | 2,702.47 | 0.00 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 369.94 | 369.94 | 0.00 | 0.00 |
| 019 | CHECK IT | 913.98 | 913.98 | 0.00 | 0.00 |
|  | Total Unsecured | 12,547.15 | 12,547.15 | 0.00 | 0.00 |
|  | Grand Total: | 95,287.74 | 18,402.73 | 2,619.28 | 242.12 |

Total Paid Claimant:     $2,861.40
Trustee Allowance:        $186.60          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan